UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bank of America, N.A., | ) | C/A: 2:17-2617-RMG-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Nelson L. Bruce; South Carolina Housing Trust Fund; Charleston Area CDC; S.C. Housing Corp.; Capital Return Investments, LLC; Reminisce Homeowners Association, Inc., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  The above-captioned case has been removed from the Court of Common Pleas for Dorchester County, South Carolina. The parties are directed to use the civil action number listed above (2:17-2617-RMG-BM) in all future filings with the United States District Court for the District of South Carolina in connection with the above-captioned case. Under Local Civil Rule 73.02 DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

### PAYMENT OF THE FILING FEE:

  Defendant Bruce has submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which is construed as a Motion for Leave to Proceed in forma pauperis. See 28 U.S.C. § 1915. A review of the Motion reveals that Defendant Bruce should be relieved of the obligation to prepay the full filing fee. Defendant Bruce's Motion for Leave to Proceed in forma pauperis (ECF No. 3) is **granted**, subject to the court's right to require a payment if Defendant Bruce's financial condition changes, and to tax fees and costs against Defendant Bruce at the conclusion of this case if the court finds the case to be without merit. See Flint v. Haynes, 651 F.2d 970, 972–74 (4th Cir. 1981).

### TO PRO SE DEFENDANT NELSON L. BRUCE:

  Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the Court's Electronic Case Filing system through a computer generated notice of electronic filing.

  **Any future filings in this case must be sent to the Clerk of Court, Post Office Box 835, Charleston, South Carolina 29402.** All documents requiring Defendant Bruce's signature

shall be signed with Defendant Bruce's full legal name written in his own handwriting.  <u>Pro se</u> litigants shall **not** use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, Defendant is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Defendant is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom and sides of each paper submitted.

Defendant Bruce is a <u>pro se</u> litigant. His attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and **providing the Court with the docket number of all pending cases you have filed with this Court**. Your failure to do so will not be excused by the Court.

## TO THE CLERK OF COURT:

The Office of the Clerk of Court shall not enter any change of address submitted by Defendant Bruce which directs that mail be sent to a person other than this Defendant unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

**IT IS SO ORDERED.**

_____
Bristow Marchant
United States Magistrate Judge

January 1✓, 2018
Charleston, South Carolina

**Defendant Bruce's attention is directed to the important WARNING on the following page.**

2

p2

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

## WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to ***ALL*** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "blacked out" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).